UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING SHANGYE FILM AND TELEVISION CULTURE MEDIA CO. LTD,<br><br>           Petitioner,<br><br>v.<br><br>UCFTI INC. ET AL,<br><br>           Respondent. | Case No. 2:24-cv-10338-MAR<br><br>JUDGMENT |

The Court, having granted Petitioner Beijing Shangye Film and Television Culture Media Co. LTD's ("Beijing Shangye") Petition to Confirm and Enforce Foreign Arbitration and Motion for Default Judgment in favor of Petitioner and against Respondent UCFTI Inc. ("UCFTI"), now hereby orders that judgment is ordered against UCFTI as follows:

(1) The Arbitration Award entered on December 7, 2021, by Beijing Arbitration Commission, against Respondent UCFTI is confirmed.

(2) Respondent UCFTI should return the entire investment fund of USD 1.35 million to the Petitioner.

(3) Respondent UCFTI should pay an interest of USD 399,060, calculated from May 16, 2018, to September 18, 2019, to the Petitioner.

(4) Respondent UCFTI should pay an interest of USD 1,406,958.90 to the Petitioner based on USD 1.35 million according to the standard of annual interest rate of 20% from September 19, 2019, to December 2, 2024 (1902 days).

(5) Respondent UCFTI should pay Chinese Yuan or RMB 200,000 to the Petitioner to repay the Petitioner's expense for hiring a lawyer and Chinese Yuan or RMB 45,000 expense for temporary measures guarantee insurance.

(6) Respondent UCFTI should pay Chinese Yuan or RMB 148,779.33 to the Petitioner to make up the arbitration fee paid by the Petitioner for it in advance.

Dated: May 12, 2025



HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2