JS6

**UNITED STATES DISTRICT COURT**

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING SHANGYE FILM AND TELEVISION CULTURE MEDIA CO., LTD., a Chinese corporation,<br><br>Petitioners,<br><br>vs.<br><br>UCFTI, INC., also known as, UCFTI EXPO, a California corporation; ZUOHONG CHEN, also known as, BIANCA CHEN, an individual,<br><br>Respondents. | Case No.: 2:24-CV-10338-MAR<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge: Hon. Margo A. Rocconi<br><br>Trial Date: None Set |

On February 11, 2026, Petitioner Beijing Shangye Film and Television Culture Media Co., Ltd (hereafter as "Petitioner"), through their counsel Kaisheng Yang, hereby requests that the Court enter a Confirmation of Foreign Arbitration Award against Respondent ZUOHONG CHEN, also known as, BIANCA CHEN (hereinafter as "CHEN"), to confirm the Arbitration Award entered on December 7, 2021, by Beijing Arbitration Commission.

The Court has thoroughly reviewed and considered the Notice of Motion and Motion to Confirm Arbitration Award, Declaration of Yan Yi, Declaration of Kaisheng Yang, the Petition filed on December 2, 2024, and papers on file in this action.

THEREFORE, judgment is hereby entered against Respondent CHEN as follows:

1. The Arbitration Award entered on December 7, 2021, by the Beijing Arbitration Commission, against Respondent CHEN is confirmed.
2. Respondent CHEN should return the entire investment fund of USD 1.35 million to the Petitioner.
3. Respondent CHEN should pay an interest of USD 399,060, calculated from May 16, 2018, to September 18, 2019, to the Petitioner.
4. Respondent CHEN should pay an interest of USD 1,406,958.90 to the Petitioner based on USD 1.35 million according to the standard of annual interest rate of 20% from September 19, 2019, to December 2, 2024 (1902 days).
5. Respondent CHEN should pay Chinese Yuan or RMB 200,000 to the Petitioner to repay the Petitioner's expense for hiring a lawyer and Chinese Yuan or RMB 45,000 expense for temporary measures guarantee insurance.
6. Respondent CHEN should pay Chinese Yuan or RMB 148,779.33 to the Petitioner to make up the arbitration fee paid by the Petitioner for it in advance
7. Respondent CHEN is jointly and severally liable with Respondent UCFTI, INC.

IT IS SO ORDERED.

DATED: 8/03/26

Hon. Margo A. Rocconi
United States Magistrate Judge